# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

Before the Honorable **GREGORY J. FOURATT**

CRIMINAL CLERK'S MINUTES at Las Cruces

| Case Number: | **MJ 23-545** | Date: | **3/30/2023** | Recording Information: | **LCR-SIERRA BLANCA** |
|---|---|---|---|---|---|
| Clerk: | **CATHY ALVAREZ** | Type of Hearing: | **PRELIMINARY/DETENTION** | | |

| Defendant(s): | Attorney(s): | Appt'd | Ret'd. |
|---|---|---|---|
| **APRIL MARIE MILLER** | **FRANCISCO VALCARCEL** | ☒ | ☐ |
| **(DEFENDANT APPEARED VIA ZOOM VIDEOCONFERENCE)** | | ☐ | ☐ |
| Assistant U.S. Attorney: **CLARA COBOS** | Interpreter: **N/A** | | |
| Pretrial Officer: **GUADALUPE GARCIA** | Court in Session: **9:39-9:47 A.M.  (8 MINS)** | | |

| | |
|---|---|
| ☐ | Court advises Defendant(s) of possible penalties and all constitutional rights |
| ☐ | ORAL Motion for Detention Hearing by Government |
| ☐ | Court grants  ☐ Government's ☐ Defense counsel's oral motion to continue detention hearing |
| ☒ | Waiver of preliminary hearing & right to grand jury presentment filed in open court |
| ☒ | Defendant detained as a flight risk |
| ☐ | Conditions of Release continued on Page 2 |
| ☒ | OTHER: DEFENSE COUNSEL PROFFERS FOR RELEASE TO A HALFWAY HOUSE AND ARGUES IN SUPPORT OF SAME.  GOVERNMENT IS MOVING FOR DETENTION, THIS CASE IS NOT A TYPICAL TRANSPORTING CASE, THE CHARGES STEM FROM 3/11/23. DEFENDANT WAS INVOLVED IN ANOTHER ALIEN SMUGGLING CASE ON 3/23/23.  A THIRD-PARTY CUSTODIAN HAS NOT BEEN IDENTIFIED AND DEFENDANT TRAVELS TO MEXICO.  **COURT'S RULING – COURT DETAINS DEFENDANT FOR THE REASONS OUTLINED IN THE ORDER OF DETENTION AND FOR THE REASONS STATED ON THE RECORD.** |